**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  23-40612-BSK |
| | ) |
| **WILLIAM D TRAPP** | ) CHAPTER 13 |
| SSN: ###-##-6585 | ) |
| **CAROL A TRAPP** | ) |
| SSN: ###-##-6086 | ) |
| | ) |
| **Debtors.** | |

## TRUSTEE'S NOTICE OF AMENDED PLAN

TO:    WILLIAM D TRAPP                                         CAROL A TRAPP

Erin M. McCartney, Chapter 13 Trustee, has received an amended Chapter 13 plan dated **10/04/2023** for your case.

> **The amended plan requires the Debtor to make payments to the Trustee in the amount of $1,065.00 per month.**
>
> **The Debtor's next payment is due October 2023.**

Payments must be made on or before the due date or the Trustee may move to dismiss the case.

The Bankruptcy Court will send an Order which requires the debtor or debtor's employer to make the payments set forth in the amended plan.

DATED:  October 17, 2023

                                                                                                          s/ Erin M. McCartney
                                                                                                          Erin M. McCartney #23663
                                                                                                          Chapter 13 Trustee
                                                                                                          13930 Gold Circle, Suite #201
                                                                                                          Omaha, NE 68144
                                                                                                          (402) 697-0437
                                                                                                          1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Notice was served on JOHN D ROUSE, debtors attorney, via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on October 17, 2023, by first-class, U.S. mail, postage prepaid to the Debtors at the addresses listed below:

WILLIAM D TRAPP                                         CAROL A TRAPP
7010 SHAMROCK RD.                                   7010 SHAMROCK RD.
LINCOLN, NE 68506                                       LINCOLN, NE 68506

                                                                                                          s/ Erin M. McCartney
                                                                                                          Erin M. McCartney

JOHN D ROUSE
Attorney at Law
1023 LINCOLN MALL #101
LINCOLN, NE 68508